J. Mark Moore (SBN 180473)(mark@spiromoss.com)
**Spiro Moss LLP**
11377 W. Olympic Blvd., Fifth Floor
Los Angeles, CA 90064
(310) 235-2468; (310) 235-2456 FAX

Douglas A. Linde, State Bar No. 217584 (dal@lindelaw.net)
Erica L. Allen, State Bar No. 234922 (eag@lindelaw.net)
THE LINDE LAW FIRM
9000 Sunset Blvd., Suite 1025
Los Angeles, CA 90069
(310) 203-9333; (310) 203-9233 FAX

Chant Yedalian, State Bar No. 222325 (chant@chant.mobi)
**CHANT & COMPANY**
**A Professional Law Corporation**
10866 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
(424) 901-8377; (424) 744-4177 FAX

Attorneys for Plaintiffs Nicola Edwards
and James Schley and on behalf of all
others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLA EDWARDS and JAMES SCHLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYS 'R' US - DELAWARE, INC. and DOES 1-10,<br><br>Defendant.<br>_____ | MDL No. CV 08-01980 MMM (FMOx)<br>No. CV 06-08163 MMM (FMOx)<br>No. CV08-06645 MMM (FMOx)<br><br>**DECLARATION OF J. MARK MOORE IN SUPPORT OF PLAINTIFFS NICOLA EDWARDS' AND JAMES SCHLEY'S MOTION FOR CLASS CERTIFICATION**<br><br>Date: May 24, 2010<br>Time: 10:00 a.m.<br>Judge: Hon Margaret M. Morrow<br>Ctrm: 780 |

DECL. OF J. MARK MOORE I/S/O MOTION FOR CLASS CERTIFICATION

# DECLARATION OF J. MARK MOORE

I, J. Mark Moore, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an attorney with Spiro Moss LLP, attorneys of record for Plaintiffs Nicola Edwards and James Schley, individually and on behalf of all others similarly situated, in this matter. I am one of the attorneys having primary responsibility for handling this matter, and have been since it was filed in December, 2006. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify I could and would testify competently thereto.

2. I graduated from the UCLA School of Law in 1995. I have substantial experience in all facets of litigation in state and federal court, including discovery, law and motion, trial, appeals, and mediation. Before joining Spiro Moss in March 2006, I was a partner at the firm of Barger & Wolen LLP, which has offices in Los Angeles, San Francisco and other cities. My practice at Barger & Wolen, commencing in 1998, consisted primarily of defending lawsuits brought as class actions against corporate defendants, involving, inter alia, allegations of securities violations, wage and hour violations, unfair business practices and unfair and unlawful insurance practices. My practice at Spiro Moss consists entirely of litigating class actions on behalf of consumers and, to a lesser extent, employees.

3. Since joining Spiro Moss, I have been appointed lead counsel or co-lead counsel in numerous class actions. For example, I has obtained class certification on a contested basis was appointed class counsel in *McGee v. Ross Stores, Inc.*, USDC N.D. Cal. Case No. C06-7496 CRB (FACTA case; final approval of nationwide class action settlement granted in January 2009); *Kesler v. Ikea U.S., Inc, et al*, USDC C.D. Cal. Case No. SACV 07-0568-JVS (RNBx) (FACTA case, nationwide class of 2.4 million consumers); and *Vargas v. Ceradyne, Inc.*, Orange County Superior Court Case No. 07CC01232 (wage/hour class action; final approval granted). I have also been appointed class counsel in connection with class settlements in other consumer cases,

including *Shersher v. Microsoft Corp.*, Los Angeles Superior Court Case No. BC 340630 (final approval granted in December, 2009); *Soualian v. International Coffee & Tea, LLC*, USDC C.D. Cal. Case No. 07-CV-502 RGK (Ctx) (FACTA case; final approval granted July 23, 2008); *McGee v. Levy Restaurants*, USDC C.D. Cal. Case No. 06-CV-7762 VBF (FMOx) (FACTA case; final approval granted in October, 2008); *Leowardy v. Oakley, Inc., et al*, USDC C.D. Cal. Case No. SACV 07-53 CJC (ANx) (FACTA case; final approval granted in November, 2008); *Abiva v. Cache, Inc.* USDC C.D. Cal. Case No. 07-556 SVW (AJWx) (final approval granted in October, 2009). I am presently counsel in numerous proposed class actions in state and federal court, against Defendants including Toyota, Countrywide Bank, World Savings, and other large corporations. I handle only class actions, and am frequently engaged by other attorneys as counsel to serve as co-counsel based on my experience in such matters. My comments regarding class action matters have been requested for and published in articles in numerous publications, including the Wall Street Journal.

4. My firm has settled cases providing benefits in excess of $500 million dollars for class members since 2002. We have the resources to continue handling this matter through trial and appeal, if necessary.

5. [Intentionally left blank]

6. [Intentionally left blank]

7. Attached hereto as Exhibit C is a true and correct copy of the October 1, 2007 Reporter's Transcript of Proceedings regarding Defendant's unsuccessful motion for summary judgment. The Court's comments at page 9, lines 10-15 are discussed in Plaintiffs' Memorandum of Law in support of class certification, filed herewith.

8. Attached hereto as Exhibit D is a true and correct copy of Defendant's Amended Responses to Second Set of Interrogatories Propounded by Plaintiffs Nicola Edwards and James Schley, served on or about September 25, 2009.

9. Attached hereto as Exhibit E are true and correct copies of excerpts from

1  the Joint Stipulation re Defendant's Motion for Protective Order (Document 29), filed
2  January 27, 2010. That motion still has not been decided. For present purposes,
3  Defendant admits at page 20 of the Joint Stipulation that it is able to identify the class
4  members. At page 21, Defendant confirms that it does not intend to argue that it will
5  be "annihilated" by any award of statutory damages, in seeking to avoid discovery
6  regarding its financial condition, relevant to any claims about the purported risk of
7  "annihilation."

8      10.    Attached hereto as Exhibit F are true and correct copies of excerpts from
9  Defendant's Amended Responses to Plaintiffs' Second Set of Requests for Admissions,
10 served on or about December 29, 2009. The Court's attention is respectfully directed
11 to Defendant's responses to Request Nos. 35 and 36.

12     11.    Attached hereto as Exhibit G is a true and correct copy of the Ninth
13 Circuit's order filed March 14, 2008 in a case in which I was counsel, Ikea U.S., Inc.
14 v. Cori Kesler, Court of Appeals Docket NO. 08-88020, denying Ikea's petition to
15 appeal the order granting class certification of a class of 2.4 million consumers.

16 I declare under penalty of perjury under the laws of the United States that the
17 foregoing is true and correct and that this Declaration was executed on March 8, 2010
18 at Los Angeles, California.

20                          /s/ J. Mark Moore