1  J. Mark Moore (SBN 180473)(mark@spiromoss.com)
   **Spiro Moss LLP**
2  11377 W. Olympic Blvd., Fifth Floor
   Los Angeles, CA 90064
3  (310) 235-2468; (310) 235-2456 FAX

4  Douglas A. Linde, State Bar No. 217584 (dal@lindelaw.net)
   Erica L. Allen, State Bar No. 234922 (eag@lindelaw.net)
5  THE LINDE LAW FIRM
   9000 Sunset Blvd., Suite 1025
6  Los Angeles, CA 90069
   (310) 203-9333; (310) 203-9233 FAX
7
   Chant Yedalian, State Bar No. 222325 (chant@chant.mobi)
8  **CHANT & COMPANY**
   **A Professional Law Corporation**
9  10866 Wilshire Blvd., Suite 400
   Los Angeles, CA 90024
10 (424) 901-8377; (424) 744-4177 FAX

11 Attorneys for Plaintiffs Nicola Edwards
   and NICOLA EDWARDS and on behalf of all
12 others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLA EDWARDS and NICOLA EDWARDS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYS 'R' US - DELAWARE, INC. and DOES 1-10,<br><br>Defendant. | MDL No. CV 08-01980 MMM (FMOx)<br>No. CV 06-08163 MMM (FMOx)<br>No. CV08-06645 MMM (FMOx)<br><br>**DECLARATION OF NICOLA EDWARDS IN SUPPORT OF CLASS CERTIFICATION**<br><br>Date: May 24, 2010<br>Time: 10:00 a.m.<br>Judge: Hon Margaret M. Morrow<br>Ctrm: 780 |

DECLARATION OF NICOLA EDWARDS IN SUPPORT OF CLASS CERTIFICATION

## DECLARATION OF NICOLA EDWARDS

I, NICOLA EDWARDS, hereby declare as follows:

1. I am a named plaintiff in this action. I have personal knowledge of the matters set forth below, and if called upon as a witness, I could testify about these matters truthfully and competently.

2. On December 4, 2006, I made a purchase at a Toys R Us store in Culver City, California. I used my VISA credit card to buy a gift. When I went to the store I did not know Toys R Us was violating the law or that I would be provided with an illegal receipt. I had shopped at Toys R Us on multiple occasions in the past.

3. At the point of sale, Toys R Us provided me with an electronically-printed receipt on which was printed the first six digits, as well as the last four digits, of my account number. Also printed on the receipt was my name, as well as other information. A true and correct copy of that receipt (with the first six digits of my account number, printed by Toys R Us, redacted) is attached hereto as Exhibit A.

4. I understand that my role in this litigation is to represent a class of individuals who, like me, received receipts from Toys R Us which violated a federal law intended to protect consumers like myself. I have no reason to believe that my interests in this litigation would conflict with the interests of these individuals. I have no past or present financial, employment, familial or other relationship with any of the attorneys representing me that would cause me to put their economic interests above those of the other Toys R Us customers I seek to represent.

5. I have frequently communicated with my counsel in this case. I have reviewed and responded to discovery. I was deposed. I also attended the unsuccessful mediation before Judge Taylor. I have done my best to serve the interests of the class members I have been seeking to represent for more than three years. In my view, settling this matter on a gift-card basis - which I understand was

---

DECLARATION OF NICOLA EDWARDS IN SUPPORT OF CLASS CERTIFICATION
Page 1

the basis of the consideration to class members in settlements of other FACTA cases handled and settled by my counsel Mr. Moore during the pendency of this case - might be an acceptable alternative to settling for cash payments in this particular case, even though my understanding is that Congress authorizes statutory damages for willful violations of the law in question.  However, I do not believe that offering class members paltry coupons requiring them to spend $20 to $30 dollars of their own money in order to qualify for a much smaller price discount would be fair or acceptable, regardless whether the approval of such a settlement might result in fees to my counsel or in an enhancement award for myself.  My role here is to protect the interests of the class members, not simply to attempt to advance my attorneys' potential financial interests, my potential right to seek an incentive award, or to assist Toys R Us in marketing.

     6.    I will continue to participate in this case to the extent necessary to protect fairly and adequately my interests and those of others like me, including through trial and appeals, if needed.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on April 24, 2010 in Los Angeles County, California.

_____
Nicola Edwards

DECLARATION OF NICOLA EDWARDS IN SUPPORT OF CLASS CERTIFICATION
Page 2

EXHIBIT A



**SAVE ALL RECEIPTS**
(310) 398-5775
Culver City, CA 90230

A DATED RECEIPT IS REQUIR... .OR ALL RETURNS & EXCHANGE
PLEASE GIVE GIFT RECEIPTS

5632/10   . 5242:2   C-77937                    SALE

HANDLE HAULERHAUL RIDE                29.99 T1
  050743773662
  027047 $5 OFF SELECT ITEM    34.99 - 5.00

SUBTOTAL                              29.99
T1 8.250%  TAX                         2.47
TOTAL                                 32.46
**VISA**                              32.46
XXXXXXX3898   /   00039451
NICOLA EDWARDS

CHANGE DUE                             0.00
ITEM COUNT 1

**YOU SAVED $5.00**

Your friendly cashier was,
                CHRISTINA

5556321052426338 01

Thank You for Shopping At Toys 'R' Us
         WWW.TOYSRUS.COM
product safety & recall info @www.recalls.gov
 ORTUNITIES, APPLY ONLINE @ WWW.RUSCAREERS.COM

EXPIRES 90 DAYS FROM DATE BELOW

12/04/06      03:50 PM