| | |
|---|---|
| EDWARDS WILDMAN PALMER LLP | SPIRO MOORE LLP |
| Michael Dockterman (admitted pro hac vice) | J. Mark Moore |
| mdockterman@edwardswildman.com | mark@spiromoore.com |
| 225 West Wacker Drive, Suite 2800 | 11377 W. Olympic Blvd., Fifth Floor |
| Chicago, IL 60606-1229 | Los Angeles, CA 90064 |
| Telephone:  (312) 201-2000 | Telephone:  (310) 235-2468 |
| Facsimile:   (312) 201-2555 | Facsimile:   (310) 235-2456 |
| | |
| Clinton J. McCord (SBN 204749) | Attorneys for Plaintiffs |
| cmccord@edwardswildman.com | NICOLA EDWARDS AND |
| 9665 Wilshire Boulevard, Suite 200 | JAMES SCHLEY |
| Los Angeles, CA  90212-2309 | |
| Telephone:  (310) 860-8700 | BOCK & HATCH LLC |
| Facsimile:   (310) 860-3800 | Richard J. Doherty |
| | rich@bockhatchllc.com |
| Attorneys for Defendant | 134 N. LaSalle, Suite 1000 |
| TOYS "R" US - DELAWARE, INC. | Chicago, IL  60602 |
| | Telephone:  (312) 658-5505 |
| | Facsimile:   (312) 658-5555 |
| | |
| | Attorneys for Plaintiff |
| | GREGORY ELLIS |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In Re*: **TOYS 'R' US - DELAWARE, INC. – FAIR AND ACCURATE CREDIT TRANSACTIONS ACT (FACTA) LITIGATION** | MDL No. CV 08-01980 MMM (FMOx)<br>No. CV 06-08163 MMM (FMOx)<br>No. CV 08-06645 MMM (FMOx)<br><br>The Hon. Margaret M. Morrow<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

1   Plaintiffs Nicola Edwards, James Schley and Gregory Ellis, and Defendant Toys 'R' Us–Delaware, Inc. ("TRU"), being all parties of record hereto, hereby provide notice to the Court that a tentative settlement has been reached that is intended and expected to fully and finally resolve this matter, pending Court approval.  The parties are preparing a long-form settlement agreement and intend to file preliminary approval papers within the next 30 days.

DATED:  February 19, 2013          Respectfully submitted,

NICOLA EDWARDS and JAMES SCHLEY

By:      /s/  J. Mark Moore
    SPIRO MOORE LLP
    J. Mark Moore


GREGORY J. ELLIS

By:    /s/  Richard J. Doherty
    BOCK & HATCH LLP
    Richard J. Doherty


TOYS "R" US-DELAWARE, INC.

By:     /s/ Clinton J. McCord
    EDWARDS WILDMAN PALMER LLP
    Michael Dockterman
    Clinton J. McCord